| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

**E-FILED**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br> RYAN MAXWELL ALEXANDER, and     )<br> CHARLES TALMAGE ALEXANDER,      )<br>                                 )<br>         Defendants.             )<br>_____) | No. 06-70677 PVT<br><br>[PROPOSED] ORDER TO RECALL ARREST WARRANTS | |

On October 23, 2006, arrest warrants for the above-captioned defendants were inadvertently issued. Accordingly, the government respectfully requests that the warrants be recalled.

DATED:

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

PROPOSED ORDER TO RECALL WARRANTS

1  For good cause shown, the Court HEREBY RECALLS the above-captioned warrants.

2  SO ORDERED:

3  DATED: 10/24/06

4  *Patricia V. Trumbull*
   PATRICIA V. TRUMBULL
   United States Magistrate Judge