1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. 06-70677 PVT
                                      )
14 |       Plaintiff,                 )
                                      )   STIPULATION AND PROPOSED ORDER
15 |    v.                            )   CONTINUING HEARING DATE
                                      )
16 | RYAN ALEXANDER and               )
   | CHARLES ALEXANDER,               )
17 |                                  )   SAN JOSE VENUE
                                      )
18 |       Defendants.                )
                                      )
19 |_____    )

20

21     The undersigned parties jointly request that the initial appearance on a complaint in the

22 above-captioned matter be continued to from November 9, 2006 to December 14, 2006. The

23 reason for the continuance is to accommodate defense counsels' schedules. Joshua Bentley, who

24 represents Ryan Alexander, and Jonathan McDougall, who represents Charles Alexander, are

25 unavailable due to their participation state court proceedings and holiday travel plans.

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED: _____ | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: _____ | *for Joshua Bentley*<br>JOSHUA BENTLEY<br>Counsel for Ryan Alexander |
| 6 | | |
| 7 | DATED: _____ | ~~JOHN MCDOUGAL~~ Jonathan McDougall<br>Counsel for Charles Alexander |

For good cause shown, the Court HEREBY ORDERS that the initial appearance is continued to December 14, 2006 at 9:30 a.m. before the Honorable Judge Lloyd.

SO ORDERED.

DATED: 11/9/06

RICHARD SEEBORG
United States Magistrate Judge