KEVIN V. RYAN (CSBN 118321)
United States Attorney                                              *E-filed 12/20/06*

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RYAN ALEXANDER and<br>CHARLES ALEXANDER,<br><br>        Defendant. | No. 06-70677 PVT<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

   On December 14, 2006, the defendants in the above-captioned matter made an initial appearance on a complaint before the Court.  After the defendants' were informed of the allegations in the criminal complaint, Assistant United States Attorney Susan Knight and Jonathan McDougall, who represents Charles Alexander and made a special appearance on behalf of Ryan Alexander,  requested that the arraignment in the case be scheduled for January 29, 2007, which is several days beyond the required arraignment date.  In addition, Assistant United States Attorney Susan Knight explained to the Court that the government needed to provide discovery to defense counsel, and asked for an exclusion of time under the Speedy Trial

1  Act for effective preparation of counsel.  Accordingly, the parties requested an exclusion of time
2  under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from
3  December 14, 2006 to January 29, 2007.  The parties agree and stipulate that an exclusion of
4  time is appropriate based on the defendant's need for effective preparation of counsel.  The
5  defendants', through Mr. McDougall, agreed to the exclusion.

7  SO STIPULATED:                    KEVIN V. RYAN
                                     United States Attorney

9  DATED:_____              _____/s/_____
10                                   SUSAN KNIGHT
                                     Assistant United States Attorney

12 DATED:_____              _____/s/_____
                                     JOSHUA M. BENTLEY
13                                   Counsel for Ryan Alexander

15 DATED:_____              _____/s/_____
                                     JONATHAN D. MCDOUGALL
                                     Counsel for Charles Alexander

18     Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
19 scheduled for January 29, 2007 at 11:00 a.m. before the Honorable Judge Trumbull.  Good cause
20 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
21 and 18 U.S.C. § 3060.
22     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
23 Speedy Trial Act from December 14, 2006 until January 29, 2007.  The Court finds, based on the
24 aforementioned reasons, that the ends of justice served by granting the requested continuance
25 outweigh the best interest of the public and the defendants in a speedy trial.  The failure to grant
26 the requested continuance would deny both defense counsel reasonable time necessary for
27 effective preparation, taking into account the exercise of due diligence, and would result in a
28 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

1  under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

2  SO ORDERED.

3

4  DATED: 12/20/06  _____
                    HOWARD R. LLOYD
5                   United States Magistrate Judge